UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LUMBER LIQUIDATORS
CHINESE−MANUFACTURED LAMINATE
FLOORING DURABILITY MARKETING AND
SALES PRACTICES LITIGATION          MDL No. 2743

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 4, 2016, the Panel transferred 16 civil action(s) to the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Eastern District of Virginia. With the consent of that court, all such actions have been assigned to the Honorable Anthony J. Trenga.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Virginia and assigned to Judge Trenga.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Virginia for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Anthony J. Trenga.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 13, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: LUMBER LIQUIDATORS
CHINESE−MANUFACTURED LAMINATE
FLOORING DURABILITY MARKETING AND
SALES PRACTICES LITIGATION            MDL No. 2743

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 16−01418 | Florez v. Lumber Liquidators, Inc. |
| ALN | 2 | 16−01529 | Doreen Masters v. Lumber Liquidators Inc |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 16−01931 | Coburn et al v. Lumber Liquidators, Inc. |
| **CONNECTICUT** | | | |
| CT | 3 | 16−01552 | Gonzalez, et al vs Lumber Liquidators, Inc. |
| **FLORIDA NORTHERN** | | | |
| FLN | 5 | 16−00255 | WILLIAMS v. LUMBER LIQUIDATORS INC |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 16−09095 | Clara Coleman v. Lumber Liquidators Inc |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 16−00503 | Gary Page v. Lumber Liquidators Inc |
| **MARYLAND** | | | |
| MD | 8 | 16−03116 | James Chestnut v. Lumber Liquidators Inc |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 2 | 16−00144 | Richard Norris v. Lumber Liquidators Inc |
| **NEBRASKA** | | | |
| NE | 8 | 16−00431 | Alex Wieland v. Lumber Liquidators, Inc. |

SOUTH CAROLINA

   SC      2      16−03177      Joyce Frazier v. Lumber Liquidators Inc

TENNESSEE WESTERN

   TNW      2      16−02752      Jeremy Sesti et al v. Lumber Liquidators Inc

TEXAS SOUTHERN

   TXS      4      16−02854      Frances Ann Haygood et al v. Lumber Liquidators Inc

WISCONSIN WESTERN

   WIW      3      16−00628      Allen Myers v. Lumber Liquidators Inc